COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-05-463-CV

IN RE AMERICAN IRONHORSE RELATOR

MOTORCYCLE COMPANY, INC.

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied.  Accordingly, relator's petition for writ of mandamus is denied.

Relator shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL B: DAUPHINOT, WALKER, and MCCOY, JJ.

DELIVERED:  January 10, 2006

DAUPHINOT, J., would request a response.

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.